# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
LEWIS Y BUNDY  
BECKY L BUNDY  
62053 BEECH CIRCLE DR  
CAMBRIDGE, OH  43725  

BECKY L BUNDY  
62053 BEECH CIRCLE DR  
CAMBRIDGE, OH  43725  

SSN(S):    XXX-XX-1093  
           XXX-XX-7415  

Case No:   06-51833  

Judge:     C KATHRYN PRESTON  

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  November 29, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| REGIONAL COLLECTION SERVICES<br>PO BOX 441<br>MARIETTA, OH  45750 | 0.01 |